I think it's just the appellate, the appellant having submitted. Good morning, Your Honors. May it please the Court, my name is Kevin Poteer, and I'm with the law firm Duane Morris. We represent a defendant appellee, PHH Mortgage. The appellant in this matter, Mr. Nucci, represents himself pro se, and he is elected to have his appeal heard on submission. So I'm here, Your Honors, to answer any questions the Court may have. If there are no questions, then we are happy to stand on our papers as well. Thank you very much. Thank you, Your Honors. We would have taken you first if I'd known that. Thank you.